**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1282**

_____

DONALD FREDERICK LEWIS,

        Plaintiff - Appellant,

    v.

PRIVATE SIMMS,

        Defendant – Appellee,

    and

CITY OF BOWIE, a body corporate and politic; PRINCE GEORGE'S
COUNTY, a body corporate and politic,

        Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:11-
cv-02172-PWG)

_____

Submitted: August 21, 2014        Decided: August 25, 2014

_____

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donald Frederick Lewis, Appellant Pro Se. Matthew Douglas
Peter, Hanover, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Frederick Lewis appeals from the district court's orders dismissing his claims against Prince George's County, Maryland, and the City of Bowie, Maryland, and entering judgment on the jury verdict in favor of Private Simms on Lewis's claims asserted pursuant to 42 U.S.C. § 1983 (2012). On appeal, we confine our review to the issues raised in the appellant's brief. See 4th Cir. R. 34(b). Because Lewis's informal brief does not challenge the basis for the district court's disposition, Lewis has forfeited appellate review of the court's orders. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED